■ In the Matter of DYANDRIA MURRAY, Appellant, v M. MACK, as Warden of Rikers Island Correctional Facility, Respondent. [791 NYS2d 435]—Appeal from order, Supreme Court, New York County (Michael R. Ambrecht, J.), entered on or about June 28, 2004, which denied and dismissed the petition for a writ of habeas corpus, unanimously dismissed, without costs.

The appeal is moot in light of petitioner's release from custody (*see People ex rel. McGann v Ross*, 91 NY2d 865 [1997]; *People ex rel. Doyle v Fischer*, 159 AD2d 208 [1990]). Concur—Ellerin, J.P., Nardelli, Williams, Gonzalez and Sweeny, JJ.